UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RENEE ANTOINETTE GLOVER,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.

Case No. C19-5624 TLF

ORDER ON STIPULATED MOTION FOR REMAND

Based on the stipulation of the parties (Dkt. 19), it is ORDERED that the Commissioner's decision regarding plaintiff's application for Supplemental Security income disability benefits is reversed and remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council shall remand this case to a new Administrative Law Judge, who shall:

- Give the plaintiff an opportunity for a hearing;
- Reevaluate the plaintiff's residual functional capacity assessment, including further evaluating the opinion evidence from Dr. Walton, Ms. Milasich, and Ms. Hoefer-Kravanga;
- Reassess the findings at steps four and five of the five-step sequential evaluation process, as necessary;

ORDER ON STIPULATED MOTION FOR REMAND - 1

- Seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that the plaintiff can perform, as necessary; and
- Issue a new decision.

Neither the Appeals Council nor the newly assigned ALJ will presume that the prior hearing decision was correct. On remand, the ALJ and plaintiff may raise and pursue additional issues.

Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

Dated this 2nd day of April, 2020.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR REMAND - 2